### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF EDUCATION, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action No. 25-0093 |

## ERRATA

Plaintiff, Zachor Legal Institute, by and through counsel, respectfully submits this Errata to correct an error in its Civil Cover Sheet. There is no related case, it was incorrectly marked on the original document.

January 15, 2025

Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*