# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 25-0093 |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## ERRATA

Plaintiff, Zachor Legal Institute, by and through counsel, respectfully submits this Errata to correct an error in its address. The corrected address is 712 South Willson Avenue, Bozeman, MT 59715.

January 17, 2025                                             Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*