IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE, ) <br> ) <br>     *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF ) <br> EDUCATION, ) <br> ) <br>     *Defendant.* ) <br> _____ ) | Civil Action No. 25-0093 (TJK) |

### NOTICE OF FILING PROOF OF SERVICE

Plaintiff Zachor Legal Institute, by counsel and pursuant to Rules 4(i) and 4(l) of the Federal Rules of Civil Procedure, respectfully submits the attached Declaration of Kathryn Huth as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant in the above-captioned matter.

Dated: February 13, 2025

                                                                             Respectfully submitted,

                                                                             */s/ Michael Bekesha*
                                                                             Michael Bekesha (D.C. Bar No. 995749)
                                                                             JUDICIAL WATCH, INC.
                                                                             425 Third Street S.W., Suite 800
                                                                             Washington, DC 20024
                                                                             Phone: (202) 646-5172
                                                                             mbekesha@judicialwatch.org

                                                                             *Counsel for Plaintiff*