UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　Defendant. | Civil Action No. 25-0093 (TJK) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Department of Education ("Defendant"), by and through undersigned counsel, respectfully moves this Court for a fourteen day, up to and including March 17, 2025, to answer or otherwise respond to the Complaint. Plaintiff, through counsel, graciously consents to the relief requested herein.

In support of this motion the Defendant states as follows:

1. Plaintiff initiated the instant action on January 14, 2025, pursuant to the Freedom of Information Act, 5 U.S.C. §552. Compl. ECF No. 1. According to the records of the Civil Division of the United States Attorney's Office, the U.S. Attorney's Office was served with a copy of the Summons and Complaint in this matter on or about January 30, 2025. The Defendant's response to the Complaint is currently due on March 3, 2025. There is good cause for the requested extension.

2. This case was assigned to the undersigned Assistant United States Attorney ("AUSA") on February 25, 2025.  While the undersigned has just recently been assigned to this matter, counsel has been reaching out to the relevant agency to promptly gather information

- 2 -

necessary for the defense of this action. That said, the undersigned counsel requires a reasonable amount of time to collect background information and meet with agency counsel to investigate all possible defenses before preparing an answer or otherwise responding to the Complaint. For this reason, the Defendant respectfully requests a fourteen day extension to answer or otherwise respond to the Complaint.

3. The extension requested by the Defendant will not affect any other deadlines in this case. This is the first extension of this or any other deadline that the Defendant has requested.

4. Pursuant to Local Civil Rule 7(m), the undersigned counsel for the Defendant conferred with Plaintiff through counsel and Plaintiff consents to the relief requested herein.

For the foregoing reasons, the Defendant respectfully requests that the Court grant this motion and allow the Defendant to answer or otherwise respond to the Complaint by March 17, 2025. A proposed Order is being filed with this motion.

\* \* \*

Dated: February 26, 2025  
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division


By: */s/ Kimberly A. Stratton*  
    KIMBERLY A. STRATTON  
    P.A. Bar #327725  
    Assistant United States Attorney  
    601 D Street, NW  
    Washington, DC 20530  
    Ph: (202) 417-4216  
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF EDUCATION,<br>          Defendant. | Civil Action No. 25-0093 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall have until March 17, 2025, to respond to the Complaint.

SO ORDERED this _____ day of February \_\_\_\_\_, 2025.

_____
Honorable Timothy J. Kelly
United States District Court Judge