UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0093 (TJK) |

## ANSWER

Defendant, the Department of Education ("Education") by and through undersigned counsel, respectfully submits the following Answer to the Complaint (ECF No. 1) filed by Zachor Legal Institute ("Plaintiff"), on January 14, 2025, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

## RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to, or quotes from, external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.  Defendant responds to the Complaint in like-numbered paragraphs as follows:

## JURISDICTION AND VENUE

1. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed required, Defendant admits that jurisdiction is proper in this District for a properly stated FOIA claim, subject to the terms and limitations of the statute.

2. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed required, Defendant admits that venue is proper in this District for a properly stated FOIA claim, subject to the terms and limitations of the statute

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Admit that Education is a federal agency within the meaning of FOIA, with its headquarters located at 400 Maryland Avenue SW, Washington, DC 20202.  Defendant denies the remaining allegations in this paragraph.

## SUMMARY OF ALLEGATIONS

5. Defendant admits that Plaintiff submitted a FOIA request to Education on or about March 20, 2024. The remaining allegations in this paragraph state Plaintiff's characterization of its FOIA request to which no response is required. To the extent a response is deemed required, Defendant respectfully refers the Court to the FOIA request referenced in this paragraph for a complete and accurate statement of its contents and denies all allegations in this paragraph inconsistent therewith.

6. Admit.

7. Admit that to date Education has not issued a final determination regarding Plaintiff's request. Defendant denies the remaining allegations in this paragraph.

## COUNT I

8. Defendant incorporates its response to paragraphs one through seven as if fully stated herein.

9. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies that it violated the FOIA.

10. Deny.

11. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in this paragraph.

## RELIEF REQUESTED

The remainder of the Complaint, starting with "WHEREFORE," asserts Plaintiff's request for relief to which no response is required. To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendant through the course of this litigation. Defendant does not assume the burden of proving any of these defenses or elements thereof where, as a matter of law, the burden is properly placed on Plaintiff.

## FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA, 5 U.S.C. § 552, or the Privacy Act, 5 U.S.C. § 552a, where disclosure would cause foreseeable harm.

**SECOND DEFENSE**

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief to the extent that they exceed the relief authorized by FOIA or the Privacy Act.

**THIRD DEFENSE**

Plaintiff is neither eligible for nor entitled to attorney's fees or costs in this matter.

**FOURTH DEFENSE**

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

**FIFTH DEFENSE**

Defendant asserts that it has, or may have, additional affirmative defenses which are not known to Defendant at this time, but which may be ascertained during litigation. Defendant specifically preserves these and other affirmative defenses as they are ascertained during litigation, including any defenses provided for under Federal Rules of Civil Procedure 8 and 12.

\*   \*   \*

Dated: March 17, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ Kimberly A. Stratton*
   KIMBERLY A. STRATTON
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   Ph: (202) 417-4216
   Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*