UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 25-0093 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 17, 2025, Zachor Legal Institute ("Plaintiff"), and the Department of Education ("Defendant"), (collectively "the parties") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1.    This lawsuit involves Plaintiff's March 20, 2024 FOIA request seeking public records consisting of inquiries, reports, and memorandum regarding Georgetown University's campus in Doha, Qatar, Georgetown Center for Contemporary Arab Studies in Washington, DC, Qatar, the Northwestern University's campus in Doha, Qatar, correspondence with Harvard College regarding grants, gifts and funding from Qatar Foundation and the government of Qatar, correspondence with the University of Michigan, regarding grants, gifts and funding from Qatar Foundation and the government of Qatar for the period of February 1, 2019 through March 20, 2024. *See* Compl. (ECF No. 1) ¶ 5.

2.    Due to recent significant staffing changes within the Department, the Defendant is currently unable to provide an update on this FOIA. The Defendant respectfully requests a reasonable amount of time for current staff to research this request. The Defendant respectfully proposes filing another status report in twenty-one days on or before April 29, 2025.

| | |
|---|---|
| Dated: April 8, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| /s/ Michael Bekesha<br>Michael Bekesha (D.C. Bar No. 995749)<br>JUDICIAL WATCH, INC.<br>425 Third Street S.W., Suite 800<br>Washington, DC 20024<br><br>Phone: (202) 646-5172<br>mbekesha@judicialwatch.org<br><br>*Counsel for Plaintiff* | By: */s/ Kimberly A. Stratton*<br>     KIMBERLY A. STRATTON<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     Ph: (202) 417-4216<br>     Email: kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |