UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF EDUCATION,<br><br>  Defendant. | Civil Action No. 25-0093 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated April 9, 2025, Zachor Legal Institute ("Plaintiff"), and the Department of Education ("Defendant"), (collectively "the parties") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1. This lawsuit involves Plaintiff's March 20, 2024 FOIA request seeking public records consisting of inquiries, reports, and memorandum regarding Georgetown University's campus in Doha, Qatar, Georgetown Center for Contemporary Arab Studies in Washington, DC, the Northwestern University's campus in Doha, Qatar, correspondence with Harvard College regarding grants, gifts and funding from Qatar Foundation and the government of Qatar, correspondence with the University of Michigan, regarding grants, gifts and funding from Qatar Foundation and the government of Qatar for the period of February 1, 2019 through March 20, 2024. *See* Compl. (ECF No. 1) ¶ 5.

2. The Department reports that it is conducting its final search for records potentially responsive to Plaintiff's FOIA request. The Department anticipates completing its search by May 5, 2025.

3. The parties respectfully requests that the Defendant be permitted a reasonable amount of time to complete its search and confer with the Plaintiff over the search results. The parties respectfully propose filing a status report on or before June 12, 2025.

Dated: April 29, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024

Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

By: */s/ Kimberly A. Stratton*
KIMBERLY A. STRATTON
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*