UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0093 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered April 30, 2025, Zachor Legal Institute ("Plaintiff"), and the Department of Education ("Defendant"), (collectively "the parties") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1.  This lawsuit involves Plaintiff's March 20, 2024 FOIA request seeking public records consisting of inquiries, reports, and memorandum regarding Georgetown University's campus in Doha, Qatar, Georgetown Center for Contemporary Arab Studies in Washington, DC, the Northwestern University's campus in Doha, Qatar, correspondence with Harvard College regarding grants, gifts and funding from Qatar Foundation and the government of Qatar, correspondence with the University of Michigan, regarding grants, gifts and funding from Qatar Foundation and the government of Qatar for the period of February 1, 2019 through March 20, 2024. *See* Compl. (ECF No. 1) ¶ 5.

2.  The Department reports that it has completed its search for records potentially responsive to Plaintiff's FOIA request. The Department anticipates producing its response on or before June 30, 2025.

3.    The parties respectfully request that the Court allow a reasonable amount of time for the Department to produce its response to Plaintiff's FOIA request, for Plaintiff to review the Department's response, and for the parties to confer. The parties respectfully propose filing a status report on or before July 29, 2025.

Dated: June 12, 2025
Washington, DC

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024

Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*