UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 25-0093 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered August 20, 2025, Plaintiff Zachor Legal Institute ("Plaintiff"), and Defendant Department of Education ("Defendant"), (collectively "the parties") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1. This lawsuit involves Plaintiff's March 20, 2024 FOIA request, which has six sub-categories (A through F) seeking: (A) public records consisting of inquiries, reports, and memorandums regarding Georgetown University's campus in Doha, Qatar; (B) Georgetown Center for Contemporary Arab Studies in Washington, DC; (C) the Northwestern University's campus in Doha, Qatar; (D) inquiries, reports, and memorandums regarding Weill Cornell Medicine's campus in Doha, Qatar; (E) correspondence with Harvard College regarding grants, gifts and funding from Qatar Foundation and the government of Qatar; and (F) correspondence with the University of Michigan regarding grants, gifts and funding from Qatar Foundation and the government of Qatar.. *See* Compl. (ECF No. 1) ¶ 5. The time frame is from February 1, 2019, through March 1, 2024.

2.      The Department reports that it investigated its search for records potentially responsive to categories A through D of Plaintiff's FOIA request. The subcomponent within the Department charged with searching for records did not locate responsive records. The parties have a meet and confer scheduled for December 2, 2025 to discuss the search for records potentially responsive to Plaintiff's FOIA request.

3.      The parties respectfully request that the Court allow a reasonable amount of time for the parties to confer and respectfully prose that the parties file a joint status report on or before December 19, 2025, updating the court on the status of Plaintiff's FOIA request.

Dated: November 25, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024

Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*