UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 25-0093 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered December 22, 2025, Plaintiff Zachor Legal Institute ("Plaintiff"), and Defendant Department of Education ("Defendant"), (collectively "the parties") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1. This lawsuit involves Plaintiff's March 20, 2024 FOIA request, which has six sub-categories (A through F) seeking: (A) public records consisting of inquiries, reports, and memorandums regarding Georgetown University's campus in Doha, Qatar; (B) Georgetown Center for Contemporary Arab Studies in Washington, DC; (C) the Northwestern University's campus in Doha, Qatar; (D) inquiries, reports, and memorandums regarding Weill Cornell Medicine's campus in Doha, Qatar; (E) correspondence with Harvard College regarding grants, gifts and funding from Qatar Foundation and the government of Qatar; and (F) correspondence with the University of Michigan regarding grants, gifts and funding from Qatar Foundation and the government of Qatar. *See* Compl. (ECF No. 1) ¶ 5. The time frame is from February 1, 2019, through March 1, 2024.

2. The parties previously that on November 21, 2025, the parties conferred over the Department's search for potentially responsive records. *See* Jt. Status Report (ECF No. 16) ¶ 2. The parties report that on December 28, 2025, Plaintiff provided six follow up questions regarding potentially responsive records. The Department is reviewing Plaintiff's questions.

3. The parties respectfully request that the Court allow a reasonable amount of time for the parties to confer and respectfully prose that the parties file a joint status report on or before March 5, 2026, updating the court on the status of Plaintiff's FOIA request.

Dated: February 3, 2026
          Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024

Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

By: */s/ Kimberly A. Stratton*
      KIMBERLY A. STRATTON
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      Ph: (202) 417-4216
      Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*