UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHOR LEGAL INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0093 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered February 4, 2026, Plaintiff Zachor Legal Institute ("Plaintiff"), and Defendant Department of Education ("Defendant"), (collectively "the parties") respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

1.  This lawsuit involves Plaintiff's March 20, 2024 FOIA request, which has six sub-categories (A through F) seeking: (A) public records consisting of inquiries, reports, and memorandums regarding Georgetown University's campus in Doha, Qatar; (B) Georgetown Center for Contemporary Arab Studies in Washington, DC; (C) the Northwestern University's campus in Doha, Qatar; (D) inquiries, reports, and memorandums regarding Weill Cornell Medicine's campus in Doha, Qatar; (E) correspondence with Harvard College regarding grants, gifts and funding from Qatar Foundation and the government of Qatar; and (F) correspondence with the University of Michigan regarding grants, gifts and funding from Qatar Foundation and the government of Qatar. *See* Compl. (ECF No. 1) ¶ 5. The time frame is from February 1, 2019, through March 1, 2024.

2.      The parties previously reported that on December 28, 2025, Plaintiff provided six follow up questions regarding potentially responsive records. *See* Jt. Status Report (ECF. No. 17) ¶ 2. Education reports that although Plaintiff's follow up questions primarily consisted of research-type questions, Education reviewed the inquiry in good faith, however, the questions did not meaningfully assist the agency in identifying any specific records that Plaintiff believes exist but were not produced in response to the FOIA request.

3.      The parties respectfully propose the following summary judgment briefing schedule.

| | |
|---|---|
| May 7, 2026 | Defendant Motion for Summary Judgment due |
| June 8, 2026 | Plaintiff Cross-Motion for Summary Judgment And Opposition To Defendant's Motion For Summary Judgment due |
| June 29, 2026 | Defendant Reply due |
| July 20, 2026 | Plaintiff Reply due |

Dated:  March 5, 2026
            Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024

Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

By: */s/ Kimberly A. Stratton*
      KIMBERLY A. STRATTON
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      Ph: (202) 417-4216
      Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*