UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZACHOR LEGAL INSTITUTE,

      Plaintiff,

  v.

DEPARTMENT OF EDUCATION,

      Defendant.

Civil Action No. 25-0093 (TJK)

**STIPULATION OF DISMISSAL**

The parties met and conferred several times concerning Defendant's search for potentially responsive records.  On May 7, 2026, Defendant moved for summary judgment, asserting that it conducted a reasonable search.  Plaintiff is now satisfied with Defendant's response to Plaintiff's FOIA request at issue in this case.

Accordingly, the parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice, each to bear its own attorney's fees and costs.

Dated: May 18, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024

Phone: (202) 646-5172
mbekesha@judicialwatch.org

*Counsel for Plaintiff*

By: */s/ Kimberly A. Stratton*
   KIMBERLY A. STRATTON
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   Ph: (202) 417-4216
   Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*